**LEAVE TO FILE GRANTED 1/20/2023**

# RAYMOND STEDMAN VS. THE FCC

## *District Court of District of Columbia*

I am unable to visit a hospital and mental health doctor. I don't have insurance and unable to visit Rhode Island in person to retrieve my hospital and driver's records. The state of Tennessee and DHS told me it was a requirement. I couldn't accuire them electronically and was told I had to retrieve them in person in the state of Rhode Island. Rhode Island is 400 miles away I'm on foot and unemployed and is impossible.

Raymond Stedman



**RECEIVED**

1/19/2022

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Address | City, St Zip Code